FILED
Jul 09 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ Al  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

May 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. '25 CR2734 H |
| Plaintiff, | INDICTMENT |
| v. | Title 18, U.S.C., Sec. 111(a)(1) – Assault on a Federal Officer (Felony) |
| GENRI VELASQUEZ MAZARIEGOZ, | |
| Defendant. | |

The grand jury charges:

On or about June 25, 2025, within the Southern District of California, defendant GENRI VELASQUEZ MAZARIEGOZ did forcibly assault a person designated in Title 18, United States Code, Section 1114, to wit, Department of Homeland Security, Customs and Border Protection Officer M. Goodwin, while Officer M. Goodwin was engaged in and on account of the performance of official duties, such acts involving physical contact with Officer M. Goodwin; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

DATED: July 9, 2025.

ADAM GORDON
United States Attorney

By: /s/ Tyler J. Bramlet FOR
TYLER J. BRAMLET
Assistant U.S. Attorney

TJB:cms:San Diego:7/8/25